DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARV A. HUBBARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1753

[August 30, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 05-009350-CF-10A.

Marv A. Hubbard, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***